IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARKIN WHEELER, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 10-556-KD-C |
| BOBBY DODSON, *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

DONE this 22nd day of May, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE