IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARKIN WHEELER, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 10-556-KD-C |
| BOBBY DODSON, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

DONE this 22nd day of May, 2012.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE